FILED
CLERK, U.S. DISTRICT COURT

APR 24 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Jose Jiminez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED 13 - 179 M<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___DEFENDANT___, IT IS ORDERED that a detention hearing is set for ___FRIDAY April 26___, ___2013___, at ___3___ ☐a.m. / ☑p.m. before the Honorable ___DAVID T. BRISTOW___, in Courtroom ___4___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ~~and produced for the hearing.~~

_____
*(Other custodial officer)*

Dated: ___4/24/13___                 _____
                                                    U.S. ~~District Judge~~/Magistrate Judge